search notes and grant files. As the district court determined, MJ's knowledge was neither "unmediated" nor witnessed with its "own eyes." *See Wang v. FMC Corp.,* 975 F.2d 1412, 1417 (9th Cir.1992). MJ Research did not have direct knowledge of the alleged fraud at issue here and thus is not an "original source."

**AFFIRMED.**

Before FARRIS, TASHIMA, and CALLAHAN, Circuit Judges.

### ORDER

Pursuant to the government's unopposed motion therefor, the sentence is vacated and the case is remanded to the district court for resentencing.

IT IS SO ORDERED.

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Tyrone Travis BEGAY, Defendant—Appellant.**

No. 04–10602.

DC No. CR 03–0343 EHC.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 15, 2005.[*]

Decided Nov. 21, 2005.

Sharon K. Sexton, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Atmore L. Baggot, Atmore Baggot Attorney at Law, Apache Junction, AZ, for Defendant–Appellant.

**G.E. CAPITAL MORTGAGE SERVICES INC., Plaintiff—Appellant,**

v.

**Gabriel MALDONADO; Juanita P. Maldonado; Cal Western Reconveyance Corporation, Defendants—Appellees.**

No. 04–15564.

D.C. No. CV–99–05405–JL.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 14, 2005.

Decided Nov. 21, 2005.

[*] The panel finds this case suitable for submission without oral argument. *See* Fed. R.App. P. 34(a)(2)(C).